Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)731-4841
Email: Rusklaw@aol.com

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-453 LKK |
| Plaintiff, | ) ORDER RE WAIVER OF DEFENDANT'S PRESENCE |
| vs. | ) [Fed.R.Crim. Pro. 43] |
| | ) Court:  Hon. Judge Lawrence K. Karlton |
| Dean Tesky, | ) |
| Defendant | |

Mr. Dean Tesky hereby waives the right to be present in person in open Court upon the hearing of any motion or other proceeding in this case, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except upon arraignment, initial appearance, plea, trial confirmation hearing, impanelment of jury, every trial stage including verdict, and imposition of sentence. The defendant hereby requests the Court to proceed during every absence of his which the Court may permit pursuant to this waiver, agrees that his interests will be deemed represented at all times by the presence of his attorney the same as if he were personally present, and further agrees to be present in Court and ready for trial any day and hour the Court may fix in his absence.

The defendant further acknowledges that he has been informed of his rights under 18 U.S.C. § 3161 – 3174 (the Speedy Trial Act), and authorizes his attorney to set times and delays under that act without his being present.  The reason for this request is that Mr. Tesky is currently working and residing in Arkansas.  With the Court's permission, Mr. Tesky respectfully requests that this Court accept his waiver of appearance when the statute deems his presence inessential and this Court consents.

Dated: November 24, 2008          Respectfully submitted,


　　　　　　　　　　　　　　　　　__/s/ Shari Rusk___
　　　　　　　　　　　　　　　　　Shari Rusk
　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　Dean Tesky


　　　　　　　　　　　　　　　　　/s/ Dean Tesky
　　　　　　　　　　　　　　　　　Dean Tesky

                                **ORDER**

    IT IS SO ORDERED.
DATED: November 24, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-2-