Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: CR.S. 08-453 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| vs. | Court:  Hon. Lawrence K. Karlton |
| | Time:   9:15 a.m. |
| | Date:   February 3, 2009 |
| Dean Tesky, et.al., | |
| Defendants. | |

    Defendants Dean Tesky and Jess Brassier were charged in a two count indictment alleging a conspiracy to manufacture over 100 marijuana plants and the manufacture of over 100 plants in violation 21 U.S.C. § 841(a)(1) and 846. A status conference was previously set for December 16, 2008.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to February 3, 2009 at 9:15 a.m, and that date is available with the Court.

    The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

    ///

    ///

Dated: December 11, 2008           Respectfully submitted,


                                   __/s/ Shari Rusk___
                                   Shari Rusk
                                   Attorney for Defendant
                                   Dean Tesky


                                   /s/ Tim Zindel
                                   Tim Zindel
                                   Attorney for Jess Brassier


                                    /s/ Michael Beckwith
                                   Michael Beckwith
                                   Assistant United States Attorney



                                **ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through February 3, 2009, based on Local Code T4, giving counsel reasonable time to prepare.
DATED: December 11, 2008

                                   _____
                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT