Shari Rusk, Bar No. 170313
Attorney at Law
1710 Broadway, #111
Sacramento, California 95818
Tel: (916) 804-8656
Fax: (916)443-1165
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: CR.S. 08-453 LKK |
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE |
| | ) STATUS CONFERENCE |
| vs. | ) Court:  Hon. Lawrence K. Karlton |
| | ) Time:   9:15 a.m. |
| | ) Date:   October 14, 2009 |
| Dean Tesky, et.al., | ) |
| Defendants. | |

Defendant Dean Tesky is charged in a two count indictment alleging a conspiracy to manufacture over 100 marijuana plants and the manufacture of over 100 plants in violation 21 U.S.C. § 841(a)(1) and 846. A status conference was previously set for August 25, 2009.  The parties are involved in defense investigation, as well as negotiations and all parties request that the current status conference be continued to October 14, 2009, if that date is available with the Court.

The parties agree that time should be excluded under 18 U.S.C. § 3161(h)(8)(i) for defense preparation and under local code T4.

///

///

-1-

Dated: August 21, 2009                Respectfully submitted,


                                      __/s/ Shari Rusk___
                                      Shari Rusk
                                      Attorney for Defendant
                                      Dean Tesky



                                      /s/ Michael Beckwith
                                      Michael Beckwith
                                      Assistant United States Attorney



**ORDER**


     IT IS SO ORDERED.  The Court finds excludable time through October 14, 2009, based on Local Code T4, giving counsel reasonable time to prepare.

DATED: August 24, 2009

                          _____
                          LAWRENCE K. KARLTON
                          SENIOR JUDGE
                          UNITED STATES DISTRICT COURT