1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    UNITED STATES OF AMERICA,              No.  2: 08-cr-0453 KJM KJN P

12                  Respondent,

13           v.                              ORDER

14    DEAN TESKEY,

15                  Movant.

16

17          Movant, a federal prisoner proceeding pro se, has filed a motion to vacate, set aside or

18    correct his sentence under 28 U.S.C. § 2255.  The matter was referred to a United States

19    Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 5, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on all parties and which contained notice to all parties that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Neither party has filed

23    objections to the findings and recommendations.

24          The court presumes that any findings of fact are correct.  *See Orand v. United States*,

25    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed

26    *de novo*.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law

27    by the magistrate judge are reviewed de novo by both the district court and [the appellate] court

28    /////

                                                1

1   . . ."). Having reviewed the file, the court finds the findings and recommendations to be

2   supported by the record and by the proper analysis.

3         Accordingly, IT IS HEREBY ORDERED that:

4         1. The findings and recommendations filed September 5, 2019, are adopted in full;

5         2. Movant's motion for dismissal of his conviction (ECF No. 144) is denied; and

6         3. The court declines to issue the certificate of appealability referenced in 28 U.S.C.

7   § 2253.

8   DATED:  November 6, 2019.

9

10  _____
                    UNITED STATES DISTRICT JUDGE